UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS AND OPERATING LOCAL 520 PENSION FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> A & A COMPANIES, INC., et al, <br><br> Defendant. | ) ) ) ) ) ) Case No. 3:21-cv-00057 MAB ) ) ) ) ) |

# JUDGMENT

Plaintiffs' Motion for Default Judgment is granted. Judgment is hereby entered against all Defendants, jointly and severally, in the amount of five hundred forty-one thousand and four hundred ninety five dollars and sixty-seven cents ($541,495.67).


DATED: March 28, 2022                MONICA A. STUMP, Clerk of Court
                                     s/Tina Gray, Deputy Clerk



**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**